# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK CASTANEDA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SAN BERNARDINO, et al., <br><br> Defendants. | Case No. 5:23-cv-02246-MRA-JDE <br><br> **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint (Dkt. 1), the Order re Complaint issued by the assigned magistrate judge (Dkt. 8), the First Amended Complaint (Dkt. 9, "FAC"), the magistrate judge's Order re FAC (Dkt. 10); the Second Amended Complaint (Dkt. 14, "SAC"), the Report and Recommendation of the magistrate judge (Dkt. 16, "Report"); and Plaintiffs' Objection to the Report (Dkt. 17). The Court has engaged in a de novo review of those portions of the Report to which objections have been made.

The Report recommends dismissal of the Second Amended Complaint with leave to file a Third Amended Complaint. As explained below, Plaintiffs'

Objections to the Report do not warrant a change to the Report's findings or recommendation.

      Plaintiffs' sole objection is that they should be allowed to maintain an action against Defendants Dr. Aziz, Dr. Jacobson, and Loma Linda University Children's Hospital. (Dkt. No. 17 at 1.) These Defendants allegedly were "integral participants in the unlawful conduct" leading to the removal of Plaintiff's children. (*Id.*) Plaintiff has not plausibly alleged, however, how these Defendants are state actors or, even if it is assumed they were, how they engaged in judicial deception during the child custody proceedings. As the Report reasonably found, Plaintiffs have not provided "specific allegations linking these defendants' actions to the removal or detention of the children" or alleged how "each individual defendant engaged in judicial deception." (Dkt. No. 16 at 15-16.) The Magistrate Judge twice warned Plaintiffs that their allegations as to these Defendants were conclusory and gave Plaintiffs two opportunities to amend. (Dkt. No. 8 at 20-24; Dkt. No. 10 at 18-22.) Further leave to amend is not warranted.

      Plaintiffs also point out that they have requested, without success, the affidavit that was attached to the removal order. (Dkt. No. 17 at 2-3.) The matter of discovery is referred to the Magistrate Judge.

      Therefore, IT IS HEREBY ORDERED that:

      (1) All claims and defendants in the SAC, except Claim 2 asserted by Plaintiff Castaneda against Defendant Vanayes Quezada in his individual capacity, are dismissed as follows.

      a.    Claim 1 is dismissed without leave to amend and with prejudice as to the County of San Bernardino (the "County") and Judge Steve Mapes and with leave to amend as to a Fourteenth Amendment judicial deception claim against Shannae Hart, Janica Ownbey, Christine Sipin, Ella Monger, Stephanie Rios, Wesley Williams, Mirta Johnson, Cindy Lopez, Tara McHenry (collectively, "Social Worker Defendants"); Jessica Cuthbert

("Cuthbert"), Laura Lee ("Lee"); Jeany Zepeda ("Zepeda"); Maricruz Dominguez ("Dominguez"); and Vanayes Quezada ("Quezada") in their individual capacity only;

    b.    Claim 3 against the County is dismissed with leave to amend;

    c.    Claims 4-7 are dismissed without leave to amend and with prejudice; and

    d.    All claims against all Doe Defendants are dismissed.

(2) <u>Within thirty (30) days of the date this Order is signed</u>, Plaintiffs shall either:

    (a) file a Third Amended Complaint limited to: (1) Plaintiff Castaneda's Fourth Amendment claim against Quezada; (2) an individual capacity judicial deception claim against the Social Worker Defendants, Cuthbert, Lee, Zepeda, Dominguez, and/or Quezada; and (3) a <u>Monell</u> claim against the County; any such Third Amended Complaint should bear the docket number assigned in this case, be labeled "Third Amended Complaint," be complete in and of itself without reference to the prior complaint or any other pleading, attachment, or document, and shall specify all facts upon which Plaintiffs allege a particular defendant caused an alleged constitutional violation, clearly and succinctly describing what each defendant allegedly did or failed to do, and the damage or injury suffered by Plaintiffs as a result, with any such Third Amended Complaint subject to review under 28 U.S.C. § 1915(e)(2);

    OR

    (b) file a Notice of Election stating Plaintiffs elect to proceed solely with Plaintiff Castaneda's Fourth Amendment claim against Quezada in his individual capacity, and no other claim, with all other claims, including all claims asserted by Plaintiff Sandoval, dismissed.

(3) If no Third Amended Complaint that complies with paragraph (2)(a), above, is filed by thirty (30) days from the date this Order is signed, the case will

proceed only as to Plaintiff Castaneda's Fourth Amendment claim against Quezada in his individual capacity and no other claim.

IT IS SO ORDERED.

DATED: August 13, 2024

_____
MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE