UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| NICK CASTANEDA and CLAUDIA SANDOVAL,<br><br>                    Plaintiffs,<br><br>          v.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br><br>                    Defendants. | Case No. 5:23-cv-02246-MRA-JDE<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the operative Second Amended Complaint (Dkt. 14, "SAC"); the First Report and Recommendation of the assigned magistrate judge (Dkt. 16, "First Report"); the Order Accepting the First Report (Dkt. 18) by which the Court dismissed all claims by Plaintiff Claudia Sandoval and all but a single claim by Plaintiff Nick Castaneda, some with and some without leave to amend; the September 19, 2024 Order of the assigned magistrate judge directing the issuance of a summons as to the sole remaining claim in the action by Plaintiff Nick Castaneda, noting the failure to timely file a third

1  amended complaint that complied with the Order Accepting the First Report
2  (Dkt. 20); the Second Report and Recommendation of the magistrate judge
3  recommending dismissal of the sole remaining claim in the SAC without
4  prejudice for failure to serve the sole remaining defendant in a timely manner
5  (Dkt. 23, "Second Report"); and Plaintiffs' Objections to the Second Report
6  (Dkt. 24).

7       The Court has engaged in a de novo review of those portions of the
8  Second Report to which objections have been made. Plaintiffs' objections to
9  the Report (Dkt. 24) do not warrant a change to any of the Reports' findings or
10  recommendation.

11       Plaintiffs object that "they have tried to proceed in the best way we
12  could" but that compliance with the Court's orders has been difficult because
13  they are not lawyers.  (Dkt. 24 at 1-2.)  Because Plaintiffs are not lawyers, the
14  Court has construed their pleadings liberally.  *See Erickson v. Pardus*, 551 U.S.
15  89, 94 (2007).  Moreover, Plaintiffs' assertion that the Court "violates the
16  Constitution" (Dkt. 24 at 2) is unfounded.

17       Plaintiffs have attached several pages of documents to their objections.
18  (Dkt. 24 at 3-52.)  The documents consist of an apparent letter to government
19  officials and individuals in the United States and Mexico; a medical report; a
20  physician's curriculum vitae; a legal document written in Spanish; a medical
21  report written in Spanish; and letters from individuals from the Church of
22  Jesus Christ of Latter-Day Saints.  (*Id.*)  These documents are not responsive to
23  any of the findings in the Report.

24       The Court accepts the findings and recommendation of the magistrate
25  judge.

26       Therefore, considering the findings herein and the findings made in the
27  Order Accepting the First Report, IT IS HEREBY ORDERED that:
28       (1)    The sole remaining claim in the SAC, that is, Claim 2, a Fourth

1   Amendment claim asserted by Plaintiff Nick Castaneda against

2   Defendant Vanayes Quezada in his individual capacity, is

3   dismissed without prejudice; and

4   (2)   Judgment shall be entered dismissing all claims asserted by

5   Plaintiffs Nick Castaneda and Claudia Sandoval in this Action.

6

7

8

9   Dated: January 31, 2025

_____
MÓNICA RAMÍREZ ALMADANI
United States District Judge

3