UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| NICK CASTANEDA and CLAUDIA SANDOVAL, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SAN BERNARDINO, et al., <br><br> Defendants. | Case No. 5:23-cv-02246-MRA-JDE <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge and the prior orders of this Court,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the claims asserted in this action are DISMISSED, as follows:

(1) The Fourteenth Amendment judicial deception claim asserted by Plaintiffs Nick Castaneda and Claudia Sandoval ("Plaintiffs") in the operative Second Amended Complaint ("SAC") against Defendants Shannae Hart, Janica Ownbey, Christine Sipin, Ella Monger, Stephanie Rios, Wesley Williams, Mirta Johnson, Cindy Lopez, Tara McHenry, Laura Lee, Jeany Zepeda, Maricruz

Dominguez, and Vanayes Quezada ("Quezada") is dismissed without prejudice;

(2) The <u>Monell</u> claim asserted by Plaintiffs against the County of San Bernardino in the SAC is dismissed without prejudice;

(3) The Fourth Amendment wrongful arrest claim asserted by Plaintiff Nick Castaneda against Quezada in the SAC is dismissed without prejudice; and

(4) All other claims asserted by Plaintiffs in this action are dismissed with prejudice.

Dated: January 31, 2025

_____
MÓNICA RAMÍREZ ALMADANI
United States District Judge